UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CIV-82033-RAR

**YASMIN A. PEREZ**, on behalf of herself and others similarly situated,

    Plaintiff,

v.

**M.L. ZAGER, P.C.**,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Stipulation of Dismissal [ECF No. 27] ("Stipulation"), filed on June 3, 2022. The Court having reviewed the Stipulation, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice* as to Yasmin A. Perez's individual claims, and is **DISMISSED** *without prejudice* as to the putative class members' claims, with each party to bear its own costs and attorneys' fees. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 3rd day of June, 2022.

                                                    **RODOLFO A. RUIZ II**
                                                    UNITED STATES DISTRICT JUDGE

cc:    counsel of record